# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0674
LT Case No. 2023-CF-6995-A

_____

RON DYLAN CASON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.


July 8, 2025

PER CURIAM.

    AFFIRMED. *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA
2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla.
Apr. 25, 2024).


WALLIS, LAMBERT, and SOUD, JJ., concur.

―――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――